Case 1:08-cr-00098-RDB Document 96 Filed 06/02/2009 Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 JUN -9 P 12: 09

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

UNITED STATES OF AMERICA     *

      v.                   *     Case No.: RDB-08-0098

JOSEPH POOLE           *

*    *    *    *    *    *    *    *    *    *    *    *

## WAIVER OF JURY TRIAL

The Defendant is charged with several felonies, each of which is punishable by a maximum sentence in excess of one year of incarceration, as well as possible fines and restitution.

The Defendant understands that pursuant to these charges, he is entitled to a trial by a twelve person jury selected from the voter rolls of Northern Division of the United States District Court for the District of Maryland.

If the Defendant selected a jury trial, both the defense and the government, as well as the Court, would be permitted to ask questions (*voir dire*) of the prospective jurors. Each side could move to strike as many of the jurors as appropriate for cause (bias or related reasons). Each side would have the right to peremptory challenges – six (6) for the government and ten (10) for the defense. Any verdict by such a jury would have to be unanimous. Failing unanimity a mistrial could be declared and a new trial held.

There being no objection by the Government, Defendant's request is GRANTED, this 8th day of June, 2009.

_____
Richard D. Bennett
United States District Judge

Reviewing and understanding these rights and having consulted with counsel, the Defendant, JOSEPH POOLE, hereby waives his right to a jury trial and elects to proceed with trial by the United States District Judge.

The Defendant, JOSEPH POOLE, understands that the waiver of jury trial must be agreed to by the Government and approved by the United States District Judge.

Respectfully submitted,

ANDREW RADDING (Bar No. 00195)
Adelberg, Rudow, Dorf & Hendler, LLC
7 St. Paul Street, Suite 600
Baltimore, MD 21202
(410) 539-5195
(410) 539-5834 FAX

*Attorney for Defendant, Joseph Poole*

I adopt the statements made above and desire to waive a jury trial and be tried by the United States District Judge.

JOSEPH POOLE, *Defendant*

2

M:\124\Poole\WaiverJuryTrial.doc