## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. RDB-08-0098 |
| | * | |
| JOSEPH POOLE, | * | |
| | * | |
| | ****** | |

### GOVERNMENT'S EXHIBIT LIST

| Admit | Ex # | Date | Description |
|---|---|---|---|
| 7/13/2009 | 1 | 1/20/2000 | 1998 Form 1120-S Tax Return for Fidelity Home Mortgage Corporation |
| 7/13/2009 | 2 | 1/7/2002 | 2000 Form 1120-S Tax Return for Fidelity Home Mortgage Corporation |
| 7/13/2009 | 3 | 12/26/2002 | 2001 Form 1120-S Tax Return for Fidelity Home Mortgage Corporation |
| 7/13/2009 | 4 | 9/20/2004 | 2003 Form 1120-S Tax Return for Fidelity Home Mortgage Corporation |
| 7/13/2009 | 5 | 8/1/2006 | 2005 Form 1120-S Tax Return for Fidelity Home Mortgage Corporation |
| 7/13/2009 | 6 | 11/28/2001 | 1999 Form 1120 Tax Return for Byzan Associates |
| 7/13/2009 | 7 | 1/20/2000 | 1998 Form 1040 Tax Return for Stilianos and Elizabeth Mavroulis |
| 7/13/2009 | 8 | 1/19/2001 | 1999 Form 1040 Tax Return for Stilianos and Elizabeth Mavroulis |
| 7/13/2009 | 9 | 12/17/2001 | 2000 Form 1040 Tax Return for Stilianos and Elizabeth Mavroulis |
| 7/13/2009 | 10 | 4/16/2003 | 2001 Form 1040 Tax Return for Stilianos and Elizabeth Mavroulis |
| 7/13/2009 | 11 | 11/24/2003 | 2002 Form 1040 Tax Return for Stilianos and Elizabeth Mavroulis |
| 7/13/2009 | 12 | 10/18/2004 | 2003 Form 1040 Tax Return for Stilianos and Elizabeth Mavroulis |
| 7/13/2009 | 13 | 3/7/2005 | 2004 Form 1040 Tax Return for Stilianos and Elizabeth Mavroulis |
| 7/13/2009 | 14 | 10/26/2006 | 2005 Form 1040 Tax Return for Stilianos and Elizabeth Mavroulis |
| 7/13/2009 | 15 | 9/17/2007 | 2006 Form 1040 Tax Return for Stilianos Mavroulis |
| 7/13/2009 | 16 | 8/7/2005 | 2001 Form 1040 Tax Return for Vasilios Mavroulis |
| 7/13/2009 | 17 | 11/24/2003 | 2002 Form 1040 Tax Return for Vasilios Mavroulis (filed in 2003) |
| 7/13/2009 | 18 | 8/5/2005 | 2002 Form 1040 Tax Return for Vasilios Mavroulis (filed in 2005) |

| 7/13/2009 | 19 | 8/5/2005 | 2003 Form 1040 Tax Return for Vasilios Mavroulis |
|---|---|---|---|
| 7/13/2009 | 20 | 4/15/2005 | 2004 Form 1040 Tax Return for Vasilios Mavroulis |
| 7/13/2009 | 21 | 12/4/2006 | 2005 Form 1040 Tax Return for Vasilios Mavroulis |
| 7/13/2009 | 22 | 2/26/2004 | 2003 Form 1040 Tax Return for Kyriakos Mavroulis |
| 7/13/2009 | 23 | undated | 2004 Form 1040 Tax Return for Kyriakos Mavroulis |
| 7/13/2009 | 24 | undated | 2005 Form 1040 Tax Return for Kyriakos Mavroulis |
| 7/13/2009 | 25 | 3/11/2004 | 2003 Form 1040 Tax Return for Maria Mavroulis |
| 7/13/2009 | 26 | 4/15/2005 | 2004 Form 1040 Tax Return for Maria Mavroulis |
| 7/13/2009 | 27 | 3/16/2006 | 2005 Form 1040 Tax Return for Maria Mavroulis |
| 7/13/2009 | 28 | 3/23/2004 | 2003 Form 1040 Tax Return for Alexandros Mavroulis |
| 7/13/2009 | 29 | 4/15/2006 | 2004 Form 1040 Tax Return for Alexander Mavroulis |
| 7/13/2009 | 30 | undated | Official IRS Transcript for Fidelity Home Mortgage Corporation (1998) |
| 7/13/2009 | 31 | undated | Official IRS Transcript for Fidelity Home Mortgage Corporation (1999) |
| 7/13/2009 | 32 | undated | Official IRS Transcript for Fidelity Home Mortgage Corporation (2000) |
| 7/13/2009 | 33 | undated | Official IRS Transcript for Fidelity Home Mortgage Corporation (2001) |
| 7/13/2009 | 34 | undated | Official IRS Transcript for Fidelity Home Mortgage Corporation (2002) |
| 7/13/2009 | 35 | undated | Official IRS Transcript for Fidelity Home Mortgage Corporation (2003) |
| 7/13/2009 | 36 | undated | Official IRS Transcript for Fidelity Home Mortgage Corporation (2004) |
| 7/13/2009 | 37 | undated | Official IRS Transcript for Fidelity Home Mortgage Corporation (2005) |
| 7/13/2009 | 38 | undated | Official IRS Transcript for Fidelity Home Mortgage Corporation (2006) |
| 7/13/2009 | 39 | undated | Official IRS Transcript for 1012 North Point Inc. (2003) |
| 7/13/2009 | 40 | undated | Official IRS Transcript for Byzan Associates (1998) |
| 7/13/2009 | 41 | undated | Official IRS Transcript for Byzan Associates (1999) |
| 7/13/2009 | 42 | undated | Official IRS Transcript for Byzan Associates (2000) |

| 7/13/2009 | 43 | undated | Official IRS Transcript for Byzan Associates (2001) |
|---|---|---|---|
| 7/13/2009 | 44 | undated | Official IRS Transcript for Byzan Associates (2002) |
| 7/13/2009 | 45 | undated | Official IRS Transcript for Byzan Associates (2003) |
| 7/13/2009 | 46 | undated | Official IRS Transcript for Stilianos and Elizabeth Mavroulis (1998) |
| 7/13/2009 | 47 | undated | Official IRS Transcript for Stilianos and Elizabeth Mavroulis (1999) |
| 7/13/2009 | 48 | undated | Official IRS Transcript for Stilianos and Elizabeth Mavroulis (2000) |
| 7/13/2009 | 49 | undated | Official IRS Transcript for Stilianos and Elizabeth Mavroulis (2001) |
| 7/13/2009 | 50 | undated | Official IRS Transcript for Stilianos and Elizabeth Mavroulis (2002) |
| 7/13/2009 | 51 | undated | Official IRS Transcript for Stilianos and Elizabeth Mavroulis (2003) |
| 7/13/2009 | 52 | undated | Official IRS Transcript for Stilianos and Elizabeth Mavroulis (2004) |
| 7/13/2009 | 53 | undated | Official IRS Transcript for Stilianos and Elizabeth Mavroulis (2005) |
| 7/13/2009 | 54 | undated | Official IRS Transcript for Stilianos Mavroulis (2006) |
| 7/13/2009 | 55 | undated | Official IRS Transcript for Vasilios Mavroulis (1998) |
| 7/13/2009 | 56 | undated | Official IRS Transcript for Vasilios Mavroulis (1999) |
| 7/13/2009 | 57 | undated | Official IRS Transcript for Vasilios Mavroulis (2000) |
| 7/13/2009 | 58 | undated | Official IRS Transcript for Vasilios Mavroulis (2001) |
| 7/13/2009 | 59 | undated | Official IRS Transcript for Vasilios Mavroulis (2002) |
| 7/13/2009 | 60 | undated | Official IRS Transcript for Vasilios Mavroulis (2003) |
| 7/13/2009 | 61 | undated | Official IRS Transcript for Vasilios Mavroulis (2004) |
| 7/13/2009 | 62 | undated | Official IRS Transcript for Vasilios Mavroulis (2005) |
| 7/13/2009 | 63 | undated | Official IRS Transcript for Vasilios Mavroulis (2006) |
| 7/13/2009 | 64 | undated | Official IRS Transcript for Kyriakos Mavroulis (2000) |
| 7/13/2009 | 65 | undated | Official IRS Transcript for Kyriakos Mavroulis (2001) |
| 7/13/2009 | 66 | undated | Official IRS Transcript for Kyriakos Mavroulis (2003) |
| 7/13/2009 | 67 | undated | Official IRS Transcript for Kyriakos Mavroulis (2004) |

3

| 7/13/2009 | 68 | undated | Official IRS Transcript for Kyriakos Mavroulis (2005) |
|---|---|---|---|
| 7/13/2009 | 69 | undated | Official IRS Transcript for Kyriakos Mavroulis (2006) |
| 7/13/2009 | 70 | undated | Official IRS Transcript for Maria Mavroulis (2003) |
| 7/13/2009 | 71 | undated | Official IRS Transcript for Maria Mavroulis (2004) |
| 7/13/2009 | 72 | undated | Official IRS Transcript for Maria Mavroulis (2005) |
| 7/13/2009 | 73 | undated | Official IRS Transcript for Maria Mavroulis (2006) |
| 7/13/2009 | 74 | undated | Official IRS Transcript for Alexandros Mavroulis (2003) |
| 7/13/2009 | 75 | undated | Official IRS Transcript for Alexandros Mavroulis (2004) |
| 7/13/2009 | 76 | undated | Official IRS Transcript for Alexander Mavroulis (2006) |
| 7/13/2009 | 77 | 12/5/2008 | IRS Certification of Lack of Record for 1012 North Point Inc. (2002) |
| 7/13/2009 | 78 | 12/5/2008 | IRS Certification of Lack of Record for Fidelity Promotions LLC (2001, 2002, 2003) |
| 7/13/2009 | 79 | 12/5/2008 | IRS Certification of Lack of Record for Kyriakos Mavroulis (1998, 1999, 2002) |
| 7/13/2009 | 80 | 12/8/2008 | IRS Certification of Lack of Filing for Maria Mavroulis (1998, 1999, 2000, 2001, 2002) |
| 7/13/2009 | 81 | 12/8/2008 | IRS Certification of Lack of Record for Alexander Mavroulis (1998-2002, 2005) |
| 7/13/2009 | 82a | 4/2/02 | American Express Card monthly statement for account ending in #62003 |
| 7/13/2009 | 82b | 4/30/2002 | Mercantile Bank monthly statement for account ending in #7509 |
| 7/13/2009 | 82c | 4/9/2002 | FHMC Quick Books check printout re: check in the amount of $8443.87 to American Express |
| 7/13/2009 | 82d | 4/9/2002 | FHMC Quick Books transaction detail re: $8443.87 check to American Express |
| 7/13/2009 | 82e | 5/2/2002 | American Express Card monthly statement for account ending in #62003 |
| 7/13/2009 | 83a | 1/13/2003 | FHMC check number 22483 to Elizabeth Mavroulis in the amount of $740.97 (front and back) |

| | | | |
|---|---|---|---|
| 7/13/2009 | 83b | 2/4/2003 | Provident Bank monthly statement for account ending in #8008 |
| 7/13/2009 | 83c | 1/31/2006 | Archbishop Curley High School statement showing AMS payments re: Photi Mavroulis |
| 7/13/2009 | 83d | 1/13/2003 | FHMC Quick Books transaction detail re: $740.97 check to Elizabeth Mavroulis |
| 7/14/2009 | 84a | 4/28/2000 | First Savings Bank monthly statement for FHMC account ending in #2037 |
| 7/14/2009 | 84b | various | First Savings Bank account details for FHMC account ending in #2037 for period ending 4/28/2000 |
| 7/14/2009 | 84c | 4/7/2000 | Wire transfer detail statement re: $60,000 wire transfer to E-Trade |
| 7/14/2009 | 84d | 4/30/2000 | E-Trade monthly statement for Stilianos Mavroulis' account ending in #3304 for period ending 4/30/2000 |
| 7/14/2009 | 84e | 4/7/2000 | FHMC Quick Books transaction detail re: $60,000 wire transfer to E-Trade |
| 7/13/2009 | 85a | 11/30/2001 | First Savings Bank monthly statement for FHMC account ending in #2037 |
| 7/13/2009 | 85b | 11/30/2001 | First Savings Bank account details for FHMC account ending in #2037 for period ending 11/30/2001 |
| 7/13/2009 | 85c | 11/7/2001 | Wire transfer detail statement re: $40,000 wire to E-Trade |
| 7/13/2009 | 85d | 11/30/2001 | E-Trade monthly statement for Stilianos Mavroulis' account ending in #0001 |
| 7/13/2009 | 85e | 11/6/2001 | FHMC Quick Books transaction detail re: $40,000 wire transfer to T.D. |
| 7/13/2009 | 86a | 12/12/2003 | Check to cash in the amount of $75,000 re: Fidelity Promotions |
| 7/13/2009 | 86b | 12/19/2003 | M&T Bank monthly statement for Fidelity Promotions LLC account ending in #3826 |
| 7/13/2009 | 86c | 12/12/2003 | Wire transfer detail for Fidelity Promotions $43,000 wire transfer to Greece |
| 7/13/2009 | 86d | 12/15/2003 | Wire transfer detail for Fidelity Promotions $14,300 wire transfer to Greece |
| 7/13/2009 | 86e | 12/18/2003 | Wire transfer detail for Fidelity Promotions $18,000 wire transfer to Greece |
| 7/13/2009 | 86f | 12/11/2003 | FHMC Quick Books transaction detail for $75,000 transfer to Fidelity Promotions |

| 7/13/2009 | 87a | 12/23/2002 | FHMC check number 22213 to Vasilios Mavroulis |
| 7/13/2009 | 87b | 12/23/2002 | FHMC check number 22212 to Kyriakos Mavroulis |
| 7/13/2009 | 87c | 12/23/2002 | FHMC check number 22204 to Maria Mavroulis |
| 7/13/2009 | 87d | 12/23/2002 | FHMC check number 22209 to Alexandros Mavroulis |
| 7/13/2009 | 87e | 12/23/2002 | FHMC check number 22208 to Photis Mavroulis |
| 7/13/2009 | 87f | 12/23/2002 | FHMC Quick Books transaction detail for payments to Mavroulis children on 12/23/2002 |
| 7/13/2009 | 88a | 4/3/2003 | FHMC check number 23704 to Vasilios Mavroulis |
| 7/13/2009 | 88b | 4/1/2003 | FHMC check number 23656 to Kyriakos Mavroulis |
| 7/13/2009 | 88c | 4/3/2003 | FHMC check number 23705 to Maria Mavroulis |
| 7/13/2009 | 88d | 4/3/2003 | FHMC check number 23706 to Alexandros Mavroulis |
| 7/13/2009 | 88e | 4/3/2003 | FHMC check number 23707 to Photis Mavroulis |
| 7/13/2009 | 88f | 4/3/2003 | FHMC Quick Books transaction detail for payments to Mavroulis children on 4/1/2003 and 4/3/2003 |
| 7/13/2009 | 89a | 1/10/2002 | BGE bill for 727 South Oldham Street |
| 7/13/2009 | 89b | 1/15/2002 | FHMC check #17106 for $154.33 to BGE |
| 7/13/2009 | 89c | 1/15/2002 | FHMC Quick Books transaction detail re: $154.33 payment to BGE |
| 7/13/2009 | 90a | | Property Tax bill for 727 South Oldham Street for 7/1/02 - 6/30/03 |
| 7/13/2009 | 90b | 7/10/2002 | FHMC Quick Books check printout re: check to Director of Finance for $1,294.12 |
| 7/13/2009 | 90c | 7/10/2002 | FHMC Quick Books transaction detail re: $1294.12 check to Director of Finance |
| 7/13/2009 | 91a | 12/27/2001 | Fleet credit card bill for Stilianos and Elizabeth Mavroulis account ending in #4089 for period ending 12/27/2001 |
| 7/13/2009 | 91b | 12/31/2001 | FHMC check #17029 for $1,838.17 to Fleet Credit Card Service |
| 7/13/2009 | 91c | 12/31/2001 | FHMC Quick Books transaction detail re: $1838.17 payment to Fleet Credit Card Service |

6

| | | | |
|---|---|---|---|
| 7/13/2009 | 92a | 1/25/2002 | Fleet credit card bill for Stilianos and Elizabeth Mavroulis account ending in 4089 for period ending 1/25/2002 |
| 7/13/2009 | 92b | 2/4/2002 | FHMC check #17395 for $3317.87 to Fleet Credit Card Service |
| 7/13/2009 | 92c | 2/26/2002 | Fleet credit card bill for Stilianos and Elizabeth Mavroulis account ending in 4089 for period ending 2/26/2002 |
| 7/13/2009 | 92d | 2/4/2002 | FHMC Quick Books transaction detail re: $3317.87 payment to Fleet Credit Card Service |
| 7/14/2009 | 93a | | W-2 from FHMC for Cynthia Shinsky for 1999 |
| 7/14/2009 | 93b | | W-2 from FHMC for Cynthia Shinsky for 2000 |
| 7/14/2009 | 93c | | W-2 from FHMC for Cynthia Shinsky for 2001 |
| 7/14/2009 | 93d | | W-2 from FHMC for Cynthia Shinsky for 2002 |
| 7/14/2009 | 93e | | W-2 from FHMC for Cynthia Shinsky for 2003 |
| 7/13/2009 | 94 | 3/12/1993 | Articles of Incorporation for Byzan Corporation and records reflecting change of name to Fidelity Home Mortgage Corporation |
| 7/13/2009 | 95 | | Articles of Incorporation for 1012 North Point, Inc. |
| 7/13/2009 | 96 | 2/26/2002 | Articles of Incorporation for Golden Records Productions, Inc. |
| | 97 | 3/22/2004 | DLLR records re: Donna Poole |
| 7/13/2009 | 98 | 2/28/1999 | Audited Financial Statement for FHMC (1998) |
| 7/13/2009 | 99 | 2/29/2000 | Audited Financial Statement for FHMC (1999) |
| 7/13/2009 | 100 | 3/29/2001 | Audited Financial Statement for FHMC (2000) |
| 7/13/2009 | 101 | 3/14/2001 | Audited Financial Statement for FHMC (2001) |
| 7/13/2009 | 102 | 3/29/2003 | Audited Financial Statement for FHMC (2002) |
| 7/13/2009 | 103 | 5/17/2004 | Audited Financial Statement for FHMC (2003) |
| | 104 | 9/26/2003 | Letter from Vasilios Mavroulis to Robin Zieman, First Savings Bank, FSB, with attached Questions/Answers for the Renewal Process |
| 7/13/2009 | 105 | 12/31/2000 | Personal Financial Statement for Stilianos Mavroulis |
| 7/13/2009 | 106 | 1/31/2002 | Personal Financial Statement for Stilianos and Elizabeth Mavroulis |

7

| 7/13/2009 | 107 | 3/31/2002 | Personal Financial Statement for Stilianos and Elizabeth Mavroulis |
|---|---|---|---|
|  | 108 | 6/30/2003 | Personal Financial Statement for Stilianos Mavroulis |
| 7/13/2009 | 109 |  | Photograph of FHMC building, 1012 North Point Road with sign |
| 7/13/2009 | 110 |  | Photograph of FHMC building, 1012 North Point Road (no sign) |
| 7/13/2009 | 111 | 7/11/2007 | E-mail correspondence between Stan Mavroulis and Joseph Poole |
| 7/14/2009 | 112 | 4/20/1999 | E-Trade Account Application for Stilianos Mavroulis |
|  | 113 | 7/31/2003 | Fax from Joe Poole to Stan and fax confirmation sheet |
| 7/15/2009 | 114 | various | Monthly statements for Stilianos Mavroulis' E-Trade account for periods ending 12/31/03, 1/30/04 and 2/27/04. |
| 7/13/2009 | 115 | 10/15/2008 | Affidavit of Joseph Poole |
| 7/16/2009 | 116 | 11/13/08 | Supplemental Affidavit of Joseph Poole |
| 7/13/2009 | 117 | 9/6/02 | Fax from Joe Poole to Alan with attached 2001 Form 1040 Tax Return for Stilianos and Elizabeth Mavroulis |
| 7/13/2009 | 118 | 6/26/2005 | Memo to Stan Mavroulis from Joe Poole re: US Atty matter |
|  | 119 | 2/8/2002 | Memo from Joe Poole to Alan Hardester with attachments |
| 7/13/2009 | 120 | 11/11/2005 | E-mail correspondence between Joseph Poole and Stan Mavroulis |
| 7/13/2009 | 121 | 4/30/2003 | Personal Financial Statement for Stilianos and Elizabeth Mavroulis |
| 7/13/2009 | 122 | 7/29/1999 | Citibank credit card application |
| 7/13/2009 | 123 | 10/12/1999 | Discover card application signed by Stilianos Mavroulis |
|  | 123A |  | Blank Discover card application |
|  | 124 | 5/23/2004 | Memo of Interview |
| 7/14/2009 | 125 | 1/3/2000 | Power E*Trade Application |
| 7/15/2009 | 126A |  | FHMC income return (1120S) 1999 |
| 7/15/2009 | 126B |  | Amended FHMC income return (1120S) 2002 |
| 7/15/2009 | 126C |  | 1012 Northpoint Inc. income return (1120S) 2002 |

| | | | |
|---|---|---|---|
| 7/15/2009 | 126D | | 1012 Northpoint Inc. income return (1120S) 2003 |
| 7/15/2009 | 126E | | 1012 Northpoint Inc. income return (1120S) 2004 |
| 7/15/2009 | 126F | | Fidelity Promotions income return (1065) 2003 |
| 7/15/2009 | 127 | | Statement 12/1/03 – 12/31/03 Bank Account 8408 |
| 7/20/2009 | 128A-E | | FHMC Quickbooks Printout Re: Shareholder draw account, 1999 - 2003 |
| 7/20/2009 | 129 | 3/22/2006 - 3/23/2006 | Email correspondence between Joseph Poole and Stan Mavroulis |
| 7/20/2009 | 130 | | FHMC form 1120-S for 1999 (unfiled), same as defense Exh. 7 |
| 7/20/2009 | 131 | | FHMC Audited Financial Statements 12/31/1999, same as defense Exh. 14 |
| 7/20/2009 | 132 | | FHMC Audited Financial Statements 12/31/2000, same as defense 15 |
| 7/15/2009 | 200 | | Summation Spreadsheet |
| 7/15/2009 | 201 | | Spreadsheets: E-Trade Securities - Funds Transferred Out of FHMC to Stilianos Mavroulis' Individual Trading Account |
| 7/15/2009 | 202 | | Payments to Children (Shareholder Draw) |
| 7/15/2009 | 203 | | Payments to/for Children (Shareholder Draw and Other Checks) |
| 7/15/2009 | 204 | | Spreadsheet: FHMC Funds Paid for Fidelity Promotions Expenses |
| 7/15/2009 | 205 | | Spreadsheets: FHMC Funds Paid for Personal Auto Expenses |
| 7/15/2009 | 206 | | Spreadsheets: FHMC Funds Paid for Personal Expenses to/for Greece |
| 7/15/2009 | 207 | | Spreadsheets: FHMC Funds Paid for Personal Educational Expenses |
| 7/15/2009 | 208 | | Spreadsheets: FHMC Funds Paid for Personal Utility Bill Expenses |
| 7/15/2009 | 209 | | Spreadsheets: FHMC Funds Paid for Cable Bill Expenses |

**NOTE:**  *All Government trial exhibits are retained by AUSA – CRD: bma*