RDB-08cr098
United States of America v. JOSEPH POOLE
Bench Trial
DEFENDANT'S LIST

| EXH. NO | ID | ADM | Exhibits |
|---|---|---|---|
| 1. | | 7/17/2009 | FHMC Quickbooks reports for year 1999 |
| 1A | | 7/17/2009 | Balance Sheet |
| 1B | | 7/17/2009 | Profit and Loss |
| 1C | | 7/17/2009 | General Ledger |
| 2. | | 7/17/2009 | FHMC Quickbooks reports for year 2000 |
| 2A | | 7/17/2009 | Balance Sheet |
| 2B | | 7/17/2009 | Profit and Loss |
| 2C | | 7/17/2009 | General Ledger |
| 3. | | 7/17/2009 | FHMC Quickbooks reports for year 2001 |
| 3A | | 7/17/2009 | Balance Sheet |
| 3B | | 7/17/2009 | Profit and Loss |
| 3C | | 7/17/2009 | General Ledger |
| 4. | | 7/17/2009 | FHMC Quickbooks reports for year 2002 (until June 4) |
| 4A | | 7/17/2009 | Balance Sheet |
| 4B | | 7/17/2009 | Profit and Loss |
| 4C | | 7/17/2009 | General Ledger |
| 5. | | 7/17/2009 | FHMC Quickbooks reports for year 2003 |
| 5A | | 7/17/2009 | Balance Sheet |
| 5B | | 7/17/2009 | Profit and Loss |
| 5C | | 7/17/2009 | General Ledger |
| 6. | | | Schedule of FHMC employees (info from Govt interview) |
| 7. | | | FHMC income tax returns (1120S) for 1999 |

| | | | |
|---|---|---|---|
| 8. | | | FHMC income tax returns (1120S) for 2000 |
| 9. | | | FHMC income tax returns (1120S) for 2002 |
| 10. | | | FHMC income tax returns (1120S) for 2003 |
| 11. | | 7/20/2009 | FHMC income tax returns (1120S) for 2004 |
| 12. | | 7/16/2009 | Amended returns of FHMC for year 2001 |
| 13. | | 7/16/2009 | Amended returns of FHMC for year 2002 |
| 14. | | | FHMC HUD audited financial statements - 1999 |
| 15. | | | FHMC HUD audited financial statements - 2000 |
| 16. | | | FHMC HUD audited financial statements - 2001 |
| 17. | | | FHMC HUD audited financial statements - 2002 |
| 18. | | | FHMC HUD audited financial statements - 2003 |
| 19. | | | FHMC HUD audited financial statements - 2004 |
| 20. | | | Emails from Govt in list of exhibits in US v. Stan Mavroulis |
| 21. | | | Grand Jury Testimony of Agent Richard Wallace |
| 22. | | | Grand Jury Testimony of Charles Weishaar - 8/25/05 |
| 23. | | | Grand Jury Testimony of Charles Weishaar - 12/6/07 |
| 24 | | 7/20/2009 | Govt Auditing Standards (Yellow Book) Accounting Office |
| 25. | | 7/20/2009 | PPC's Guide to GAAS (Generally Accepted Auditing Standards) |
| 26. | | 7/20/2009 | PPC's Guide to GAAP (Generally Accepted Auditing Principles) |
| 27. | | | Affidavit of Joseph Poole - 10/15/08 |
| 28. | | | Affidavit of Joseph Poole - 11/13/08 |
| 29. | | | Memorandum of interview - Joseph Poole - 5/23/04 |
| 30. | | | Memorandum of interview - Joseph Poole - 9/18/05 |
| 31. | | | Memorandum of interview - Joseph Poole - 12/7/05 |
| 32. | | | Bank Statements for various accounts of FHMC - 1999 |
| 33. | | | Bank Statements for various accounts of FHMC - 2000 |
| 34. | | | Bank Statements for various accounts of FHMC - 2001 |

| | | | |
|---|---|---|---|
| 35. | | | Bank Statements for various accounts of FHMC - 2002 |
| 36. | | | Bank Statements for various accounts of FHMC - 2003 |
| 37. | | | Bank Statements for various accounts of FHMC - 2004 |
| 38. | | | 1999 Tax Returns (1040) for Stan and Elizabeth Mavroulis |
| 39. | | | 2000 Tax Returns (1040) for Stan and Elizabeth Mavroulis |
| 40. | | | 2001 Tax Returns (1040) for Stan and Elizabeth Mavroulis |
| 41. | | | 2002 Tax Returns (1040) for Stan and Elizabeth Mavroulis |
| 42. | | | 2003 Tax Returns (1040) for Stan and Elizabeth Mavroulis |
| 43. | | | 2004 Tax Returns (1040) for Stan and Elizabeth Mavroulis |
| 44. | | | Fidelity Promotions 2003 tax return (Form 1065) |
| 45. | | | Byan Associates form 1120 tax return |
| 46A. | | | E-trade statements |
| 46B. | | | M&T Bank statements |
| 46C. | | | Check from E-Trade |
| 46D. | | | Spreadsheet Government Exhibit 201 |
| 47. | | | Financial Statement and Tax Return Comparison Spreadsheet |
| 48. | | | Financial Statement beginning and ending balance Comparison Spreadsheet |
| 49. | | 7/16/2009 | Amended (2002) returns of Stan and Elizabeth Mavroulis |
| 50. | | 7/16/2009 | Amended (2003) returns of Stan and Elizabeth Mavroulis |
| 51. | | | Amended (2004) returns of Stan and Elizabeth Mavroulis |
| 52. | | | Time Sheets for Joseph Poole related to FHMC |
| 53. | | | Time Sheets for Karen Santoroski related to FHMC |
| 54. | | | Time Sheets for George Smith related to FHMC |
| 55. | | | FHMC Quickbooks 1 |
| 56. | | | FHMC Quickbooks 2 |
| 57. | | | FHMC Quickbooks 3 |

| 58. | | | FHMC Quickbooks 4 |
|---|---|---|---|
| 59. | | | FHMC Quickbooks 5 |
| 60. | | | FHMC Quickbooks 6 |
| 61. | | | FHMC Quickbooks 7 |
| 62. | | | FHMC Quickbooks 8 |
| 63. | | | FHMC Quickbooks 9 |
| 64. | | | FHMC Quickbooks 10 |
| 65. | | | FHMC Quickbooks 11 |
| 66. | | | FHMC Quickbooks 12 |
| 67. | | | FHMC Quickbooks 13 |
| 68. | | | FHMC Quickbooks 14 |
| 69. | | | FHMC Quickbooks 15 |
| 70. | | | FHMC Quickbooks 16 |
| 71. | | | FHMC Quickbooks 18 |
| 72. | | | FHMC Quickbooks 19 |
| 73. | | | FHMC Quickbooks 20 |
| 74. | | | FHMC Quickbooks 21 |
| 75. | | | FHMC Quickbooks 22 |
| 76. | | | FHMC Quickbooks 23 |
| 77. | | | FHMC Quickbooks 24 |
| 78. | | | FHMC Quickbooks 25 |
| 79. | | | FHMC Quickbooks Report changes made after year end 1999 |
| 80. | | | FHMC Quickbooks Report changes made after year end 2000 |
| 81. | | | FHMC Quickbooks Report changes made after year end 2001 |
| 82. | | | FHMC Quickbooks Report changes made after year end 2002 |
| 83. | | | FHMC Quickbooks Report changes made after year end 2003 |
| 84. | | | FHMC Quickbooks Gen Ledger Jan 1, 1999 - Dec 31, 1999 |

| | | | |
|---|---|---|---|
| 85. | | | FHMC Quickbooks Gen Ledger Jan 1, 2000 - Dec 31, 2000 |
| 86. | | | FHMC Quickbooks Gen Ledger Jan 1, 2001 - Dec 31, 2001 |
| 87. | | | FHMC Quickbooks Gen Ledger Jan 1, 2002 - Dec 31, 2002 |
| 88. | | | FHMC Quickbooks Gen Ledger Jan 1, 2003 - Dec 31, 2003 |
| 89. | | | FHMC Quickbooks Gen Ledger Feb 1, 2003 - Apr 30, 2004 |
| 90. | x | 7/16/2009 | Time Records - Bay Area Accounting |
| 91. | | | Accounting & Management Associate income tax returns (1120S) from 2002 |
| 92. | | | Accounting & Management Associate income tax returns (1120S) from 2003 |
| 93. | | | Accounting & Management Associate income tax returns (1120S) from 2004 |
| 94. | | 7/16/2009 | Amended 1040X (2001) returns of Stan and Elizabeth Mavroulis |
| 95. | | 7/16/2009 | Amended (2003) FHMC (1120S) returns |
| 96. | | 7/20/2009 | Basis Difference Explanations of Larry Epstein |
| 97. | | 7/20/2009 | Audit Standards |
| 98 | | 7/20/2009 | Revised Summation Spreadsheet of Larry Epstein |
| 99. | | 7/20/2009 | Summary of expenses disallowed as a Percentage of cash flow |

**NOTE:** *All Defendant trial exhibits are retained by counsel   – CRD: bma*