IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * |
| JOSEPH POOLE, | Criminal Action No.: RDB-08-0098 |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## VERDICT

Having conducted a criminal bench trial in the above captioned matter, and having carefully considered the evidence, the testimony, and the legal arguments, and for the reasons stated on the record and in the foregoing Memorandum Opinion, this Court hereby finds Defendant Joseph Poole:

1. GUILTY as to the aiding and assisting in the filing of false tax returns charged in Counts Six, Seven, Eight, and Nine of the Indictment;

2. NOT GUILTY as to the conspiracy to defraud the United States charged in Count One of the Indictment.

Date: July 24, 2009

/s/ Richard D. Bennett
Richard D. Bennett
United States District Judge