IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | NO.1:08-cr-00098-RDB-002 |
| | : | |
| JOSEPH POOLE | : | |
| | : | |

...oOo...
## ORDER

This action came before the Court for a hearing before the Honorable Richard D. Bennett, United States District Judge presiding. Counsel having been heard, and the Court having rendered its ruling on the record, it is this 23rd day of September 2009, ORDERED

(1) That the Motion for Judgment of Acquitted by Defendant Joseph Poole (Paper No. 124) is denied;

(2) That the Motion for New Trial by Defendant Joseph Poole (Paper No. 125) is denied; and

(3) The Clerk shall TRANSMIT a copy of this Order to all counsel.

_____
RICHARD D. BENNETT
United States District Judge