IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 NOV 23  A 10: 06

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

UNITED STATES OF AMERICA  *

v.  *  Case No.: RDB-08-0098

JOSEPH W. POOLE  *

*   *   *   *   *   *   *   *   *   *   *

## NOTICE OF APPEAL

Notice is hereby given that Joseph W. Poole, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the judgment entered in this case on November 20, 2009.

Respectfully submitted,

_____  11/23/2009
Joseph Poole
167 Cardamon Drive
Edgewater, MD 21037
410-212-9286
410-224-8735 FAX

Defendant, *Pro Se*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of November 2009, a copy of the foregoing Notice of Appeal was mailed via first class mail, postage prepaid, to:

> Stephen M. Scheming, Assistant U.S. Attorney
> Jonathan Biran, Assistant U.S. Attorney United
> States Attorneys' Office
> 36 South Charles Street, 4th Floor
> Baltimore, MD 21201

_____
Joseph W. Poole