FILED_____ _____ENTERED
LODGED _____ RECEIVED

AUG 1 9 2011

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA      *

v.      *     Criminal No. RDB-08-098

JOSEPH POOLE      *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## MEMORANDUM OPINION

Presently pending before this Court are the Motion to Stay Pending Action of the

Supreme Court on Petition for Certiorari (ECF#186) and the Motion to Revoke Release Pending

Further Appeal (ECF#189). This Court has permitted the Defendant Poole to remain at liberty

pending appeal to the United States Court of Appeals for the Fourth Circuit. On May 11, 2011,

the Fourth Circuit affirmed this Court's Judgment of conviction, and the Court subsequently

denied the Defendant's request for a Rehearing *En Banc*. The Defendant has now filed a Petition

for Writ of Certiorari with the Supreme Court of the United States. The Defendant Poole has

filed a Motion to Stay (ECF#186) pending the Supreme Court's consideration of said petition.

Pursuant to 18 U.S.C. §3143(b)(1) a Defendant shall be detained unless the Court finds

that he is not likely to flee or pose a danger to the safety of the community and that the appeal is

not for the purpose of delay and raises a substantial question of law or fact. The Defendant has

been in compliance with his conditions of release during the appeal process and the Court finds

that he is not likely to flee or pose a danger to the community. With respect to the merits of his

appeal, the Court finds that it is not for the purpose of delay. However, this Court can simply not

find that the appeal raises a substantial question of law or fact likely to result in reversal or an

order for new trial, as required by 18 U.S.C. §3143(b)(1)(B).

Accordingly, the Defendant's Motion to Stay (ECF#186) is DENIED and the Government's Motion to Revoke Release (ECF#189) is GRANTED. Accordingly, IT IS HEREBY ORDERED this 18th day of August, 2011, that the Defendant Poole shall voluntarily surrender at his own expense, to the institution designated by the United States Bureau of Prisons at the date and time specified in a written notice to be sent to the Defendant by the United States Marshal;

AND IT IS FURTHER HEREBY ORDERED that if the Defendant does not receive such a notice from the Bureau of Prisons, the Defendant shall surrender to the United States Marshal at the United States Courthouse, 101 West Lombard Street, Baltimore, Maryland before 2:00 p.m. on October 18, 2011.

Richard D. Bennett
United States District Judge